|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |
| 6   |     |     |
| 7   |     |     |
| 8   | UNITED STATES DISTRICT COURT | |
| 9   | CENTRAL DISTRICT OF CALIFORNIA | |
| 10  |     |     |
| 11  | GARY L. BEAVERS, | Case No. 8:21-cv-01670-JVS-KES |
| 12  | Plaintiff, |     |
| 13  | v.  | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| 14  | ORANGE COUNTY JAILS, et al., | |
| 15  | Defendants. | |
| 16  |     |     |

17

18   Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the
19   records and files herein, along with the Report and Recommendation of the United
20   States Magistrate Judge.  (Dkt. 13.)  No objections to the Report and
21   Recommendation were filed, and the deadline for filing such objections has passed.
22   (Dkt. 16.)  The Court accepts the findings, conclusions, and recommendations of
23   the United States Magistrate Judge.
24       IT IS THEREFORE ORDERED that:
25           1) The Third Amended Complaint is dismissed in its entirety;
26           2) The following claims are dismissed with prejudice and without leave
27               to amend: (a) all claims against Deputy Phillips, Deputy Zalaya,
28

Deputy Thornton, Nurse Ava, Kirk Wilkerson, Global Tel Link, Sergeant Wallewa, Sergeant Begosian, Captain D'Auria, Captain Coppack; (b) the interference with the right to self-representation claim against Deputy Maracine; (c) the inhumane conditions of confinement claims against Deputies Maracine and Gilbert based on denial of commissary; and (d) all claims against the County based on the claims identified in this Subsection;

3) The following claims are dismissed without prejudice and with leave to amend: (a) the excessive force claim against Deputy Bright; (b) the inhumane conditions of confinement claims against Deputies Maracine and Gilbert based on denial of exercise; (d) the excessive force claim and access to courts claims against Deputy Gibbs; and (e) all claims against the County based on the claims identified in this Subsection; and

4) If Plaintiff files a Fourth Amended Complaint, it must be complete in and of itself without reference to the previous complaints or any other documents (except any documents that are attached to the Fourth Amended Complaint as exhibits).  Plaintiff may not simply add pages to the Third Amended Complaint, as he has done before.  The Fourth Amended Complaint may not include new defendants or claims other than those identified in Subsection (3), above.  In addition, Plaintiff's Fourth Amended Complaint shall not exceed thirty pages (not including exhibits).

DATED:  December 29, 2022

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE