JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. BEAVERS, | Case No. 8:21-cv-01670-JVS-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ORANGE COUNTY JAILS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action Without Prejudice for Lack of Prosecution,

IT IS ADJUDGED that the Third Amended Complaint and entire action is dismissed without prejudice.

DATED:  March 15, 2023    _____

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE